# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| A. CLIFFORD EDWARDS, as Trustee of the A. CLIFFORD EDWARDS REVOCABLE TRUST,<br><br>Plaintiff,<br><br>v.<br><br>NORTHWESTERN CORPORATION d/b/a NORTHWESTERN ENERGY,<br><br>Defendant. | Cause No. 4:25-cv-00071-JTJ<br><br>**ORDER OF DISMISSAL** |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 18), and for good cause appearing,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorneys' fees.

DATED this 5th day of January 2026.

_____
John Johnston
United States Magistrate Judge

CORE/0837149.005505/236001497.1